## 32334.   CHUBBS v. THE STATE.

GARDNER, J.   The defendant was convicted on an indictment for assault and battery.   He filed his motion for a new trial on the general grounds only.   This motion was overruled and he assigns error here on this judgment.

The evidence, both direct and circumstantial, abundantly sustains the conviction.   We see no good purpose to be served by elaboration.

*Judgment affirmed.   MacIntyre, P. J., and Townsend, J., concur.*

DECIDED JANUARY 18, 1949.

*M. G. Hicks, C. T. Culbert,* for plaintiff in error.

*E. J. Clower, Solicitor-General,* contra.